# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MACQAEL MARKEITH BROWN

NO. 2026 KW 0794

**AUGUST 10, 2026**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
DC-25-00243.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

   **WRIT GRANTED.** The district court's ruling granting
respondent's motion to quash is reversed, the motion is denied,
and this matter is remanded to the district court for further
proceedings. Whether respondent was properly served with notice of
the protective order is a question of fact that goes to the merits
of the offense charged and exceeds the permissible scope of a
motion to quash. See **State v. Faggin**, 2014-0326 (La. 10/24/14),
150 So.3d 298, 299 (*per curiam*). See e.g. **State v. Marcelin**, 2013-
0893 (La. App. 4th Cir. 12/18/13), 131 So.3d 427, 431-32.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT